NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE THREE-DIMENSIONAL MEDIA GROUP, LTD.

---

2011-1055
(Reexamination No. 90/007,578)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

### ON MOTION

---

### O R D E R

Three-Dimensional Media Group, Ltd. moves for a 14-day extension of time, until July 15, 2011, to file its reply brief.

Three-Dimensional Media Group, Ltd. moves for an 11-day extension of time to respond to In-Three, Inc.'s motion for leave to file a brief of amicus curiae in support of the appellee. The court notes that the motion for leave to file a brief of amicus curiae was denied on July 8, 2011.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an extension of time to file a reply brief is granted.

(2) Three Dimensional's motion for an extension of time to respond to In-Three, Inc.'s motion for leave to file a brief of amicus curiae is moot.

FOR THE COURT

JUL 2 0 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Seth H. Ostrow, Esq.
Raymond T. Chen, Esq.
William S. Coats, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 0 2011

JAN HORBALY
CLERK